BRENDA SAWICKI *v.* NEW BRITAIN GENERAL
HOSPITAL ET AL.

The petition by the defendant Mandell & Blau, M.D.'s,
P.C., for certification for appeal from the Appellate
Court, 115 Conn. App. 25 (AC 29597), is granted, limited
to the following issue:

"Did the Appellate Court properly determine that the
trial court incorrectly denied the plaintiff's motion to
set aside the verdict based upon juror misconduct? If
the answer is 'yes,' was the Appellate Court correct in
ordering a new trial?"

PALMER, J., did not participate in the consideration
of or decision on this petition.

The Supreme Court docket number is SC 18479.

*Richard C. Tynan, John B. Farley* and *Laura Pascale
Zaino,* in support of the petition.

*Oliver B. Dickins,* in opposition.

Decided October 22, 2009

KAREN A. MURPHY *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 115 Conn. App. 675 (AC
30168), is denied.

*Karen A. Murphy,* pro se, in support of the petition.

*Kenneth B. Povodator,* assistant corporation counsel,
in opposition.

Decided October 22, 2009